**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **AMERICAN SAFETY CASUALTY** | § | |
| **INSURANCE COMPANY,** | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | **CIVIL ACTION NO. 4:16-CV-345** |
| **VS.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **SAN JACINTO COUNTY, TEXAS,** | § | |
| *Defendant*. | § | |

**MOTION TO DISMISS FOR IMPROPER VENUE, FOR LACK OF SUBJECT
MATTER JURISDICTION, AND PURSUANT TO THE DECLARATORY
JUDGMENT ACT**

**Larry J. Simmons – Attorney-in-Charge**
State Bar No. 00789628
Southern District of Texas No. 18830
**B. Eliot New – Of Counsel**
State Bar No. 24060328
Southern District of Texas No. 884608
**GERMER PLLC**
P.O. Box 4915
Beaumont, TX 77704
(409) 654-6700 – Telephone
(409) 835-2115 – Facsimile

**COUNSEL FOR DEFENDANT,
SAN JACINTO COUNTY, TEXAS**