United States District Court
Southern District of Texas
**ENTERED**
November 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMERICAN SAFETY CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br> VS. <br><br> SAN JACINTO COUNTY, TEXAS, <br><br> Defendant. | § § § § § § § § § § § CIVIL ACTION NO. 4:16-CV-345 |

## FINAL JUDGMENT

Plaintiff American Safety Casualty Insurance Company ("ASCIC") brought this suit against Defendant San Jacinto County seeking a declaratory judgment regarding liability on a performance bond. (Doc. No. 1.) Defendant filed a Motion to Dismiss the Complaint. (Doc. No. 6.) The Court granted this motion and dismissed all of Plaintiff's claims with prejudice at a hearing on October 31, 2016.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant San Jacinto County.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 7th day of November, 2016.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE